# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

**MICHAEL SEAN CHEEZEM**

Case No.    **6:07CR60005-001**

USM No.    26358-038

Morse Gist, CJA
_____
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  Mandatory and Standard Conditions listed below  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New law violation | 02/23/2017 |
| Two | Special Condition #2 – Unauthorized Possession of a Computer | 02/23/2017 |
| Three | Standard Condition #2 – Failure to Submit a Truthful Report | 02/23/2017 |
| Four | Special Condition #2 – Accessing the Internet Without Permission | 02/23/2017 |
| Five | Standard Condition #5 – Failure to Maintain Employment | 02/23/2017 |

The defendant is sentenced as provided on pages 2 through ____2____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    9132

Defendant's Year of Birth:    1974

City and State of Defendant's Residence:
Hot Springs, Arkansas

July 25, 2018
_____
Date of Imposition of Judgment

/s/ Susan O. Hickey
_____
Signature of Judge

Honorable Susan O. Hickey, U.S. District Judge
_____
Name and Title of Judge

July 26, 2018
_____
Date

DEFENDANT: **MICHAEL SEAN CHEEZEM**
CASE NUMBER: **6:07CR60005-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of : **Twenty-Four (24) months with credit for time served in federal custody. No Term of Supervision to Follow.**

X   The court makes the following recommendations to the Bureau of Prisons:

That the defendant be incarcerated at FCI Sandstone, Minnesota or FCI Texarkana, Texas.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .
    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL